No. 95–1081. INGALLS SHIPBUILDING, INC., ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 1186.] Motion of the parties to dispense with printing the joint appendix granted.

No. 94–1476. OWENS-CORNING FIBERGLAS CORP. *v.* PICKERING, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF PICKERING, DECEASED, ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 95–800. OWENS-CORNING FIBERGLAS CORP. *v.* BRENNAN. C. A. 9th Cir. Certiorari denied.

No. 95–818. OWENS-CORNING FIBERGLAS CORP. *v.* REKDAHL ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–951. HARRIS *v.* CHASE MANHATTAN BANK, N. A., ET AL. Sup. Ct. Cal. Certiorari denied.

No. 95–1056. COPELAND *v.* MBNA AMERICA BANK, N. A. Sup. Ct. Colo. Certiorari denied.

No. 95–1257. FALLINI ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–1318. PITTMAN ET AL. *v.* CHICAGO BOARD OF EDUCATION ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–1348. LOWENSCHUSS *v.* RESORTS INTERNATIONAL, INC. C. A. 9th Cir. Certiorari denied.

No. 95–1355. CHAPLIN *v.* UNITED STATES;
No. 95–8134. RATLIFF *v.* UNITED STATES; and
No. 95–8147. LAWRENCE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 69 F. 3d 419.

No. 95–1440. PRESIDENT CONTAINER, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.